**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| **DAVID HARTLEY and TIMOTHY DELISLE** Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**SIG SAUER, INC.**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **CASE NO: 4:18-cv-00267-HFS** |

**DEFENDANT SIG SAUER, INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

Defendant Sig Sauer, Inc. ("Sig Sauer") moves that the Court grant Sig Sauer an extension of time up to and including June 4, 2018, to respond to Plaintiffs' Amended Complaint. In support, Sig Sauer states as follows:

1. Sig Sauer's response to Plaintiffs' Amended Complaint is due on May 24, 2018.

2. Counsel for Sig Sauer needs additional time to analyze Plaintiffs' claims and prepare its response due to the complexity of the issues involved.

3. Counsel for Sig Sauer has conferred with counsel for Plaintiffs and Plaintiffs' counsel has no objection to the requested extension of time.

4. Sig Sauer has not sought any prior extension of time.

5. There has been no Scheduling Order entered, and the extension will not impact the orderly advancement of this case.

Wherefore, Sig Sauer asks the Court to grant it an extension of time up to and including June 4, 2018, to respond to Plaintiffs' Complaint.

1034395

Dated: May 4, 2018　　　　　　　　　　Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ Amy M. Crouch
　　Amy M. Crouch, MO Bar #48654
　　Brent Dwerlkotte, MO Bar #62864
　　2555 Grand Blvd.
　　Kansas City, Missouri 64108-2613
　　Ph: 816.474.6550
　　Fax: 816.421.5547
　　amcrouch@shb.com
　　dbdwerlkotte@shb.com

　　Rob Joyce (*pro hac vice forthcoming*)
　　LITTLETON PARK
　　4 Manhattanville Road, Suite 202
　　Purchase, New York 10577
　　Ph: 914.417.3400
　　Fax: 914.417.3401
　　robert.joyce@littletonpark.com

**Attorneys for Defendant Sig Sauer, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2018, I filed the foregoing document with the clerk of the court using the court's CM/ECF system, which will serve electronic notice on all parties of interest.

 s/ Brent Dwerlkotte
**Attorney for Defendant**
