IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **DAVID HARTLEY and TIMOTHY DELISLE**, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>**SIG SAUER, INC.**,<br><br>Defendant. | Case No. 4:18-cv-00267-HFS |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS**

For the reasons set forth in the accompanying Memorandum of Law submitted herewith, Plaintiffs respectfully request that this Court enter an Order requiring Defendant Sig Sauer, Inc. to pay: (1) $850,000.00 to Class Counsel for payment of their attorneys' fees and reimbursement of expenses; and (2) $2,800.00 each to Plaintiffs David Hartley and Timothy Delisle, and $1,400 to Plaintiff David Porter, as service awards.

Dated: May 21, 2020　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Bonner C. Walsh*
　　　　　　　　　　　　　　　　　　　Bonner C. Walsh
　　　　　　　　　　　　　　　　　　　**WALSH PLLC**
　　　　　　　　　　　　　　　　　　　1561 Long Haul Road
　　　　　　　　　　　　　　　　　　　Grangeville, ID 83530
　　　　　　　　　　　　　　　　　　　Telephone: (541) 359-2827
　　　　　　　　　　　　　　　　　　　Facsimile: (866) 503-8206
　　　　　　　　　　　　　　　　　　　bonner@walshpllc.com

　　　　　　　　　　　　　　　　　　　Tim E. Dollar  MO # 33123

**Dollar Burns & Becker, L.C.**
1100 Main Street, Suite 2600
Kansas City, MO 64105
(T): (816) 876-2600
(F): (816) 221-8763
timd@dollar-law.com

Matthew D. Schelkopf
**Sauder Schelkopf LLC**
1109 Lancaster Ave.
Berwyn, PA 19312
(T): (610) 200-0581
(F): (610) 421-1326
mds@sstriallawyers.com

*Proposed Class Counsel*

# CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS** was electronically filed on May 21, 2020, using the Court's EC/CMF system, thereby electronically serving it on all counsel of record.

*/s/ Bonner C. Walsh*
Bonner C. Walsh