IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **DAVID HARTLEY and TIMOTHY DELISLE**, individually and on behalf of all others similarly situated<br><br>    Plaintiff,<br><br>  v.<br><br>**SIG SAUER, INC.**,<br><br>    Defendant. | Case No. 4:18-cv-00267-HFS |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that at the Final Approval Hearing scheduled for 10:00 a.m. on June 25, 2020, Plaintiffs will move to have the Court grant their unopposed motion seeking entry of an order granting final approval to the Settlement Agreement.[1]

**PLEASE TAKE FURTHER NOTE** that Plaintiffs will rely on the Memorandum of Law and other related materials in support of this motion.

**PLEASE TAKE FURTHER NOTE** that Defendant does not oppose this motion.

Dated: June 10, 2020          Respectfully Submitted,

                 */s/ Bonner C. Walsh*
                 Bonner C. Walsh
                 **WALSH PLLC**
                 1561 Long Haul Road

---

[1] Plaintiffs will also request at this hearing that the Court enter an order approving their motion for attorneys' fees, expenses, and incentive awards. A motion seeking that relief was filed on May 21, 2020 (ECF No. 61).

Grangeville, ID 83530
Telephone: (541) 359-2827
Facsimile: (866) 503-8206
bonner@walshpllc.com

Tim E. Dollar  MO # 33123
**Dollar Burns & Becker, L.C.**
1100 Main Street, Suite 2600
Kansas City, MO 64105
(T): (816) 876-2600
(F): (816) 221-8763
timd@dollar-law.com

Matthew D. Schelkopf
**Sauder Schelkopf LLC**
1109 Lancaster Ave.
Berwyn, PA 19312
(T): (610) 200-0581
(F): (610) 421-1326
mds@sstriallawyers.com

*Class Counsel*

# CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** was electronically filed on June 10, 2020, using the Court's EC/CMF system, thereby electronically serving it on all counsel of record.

*/s/ Bonner C. Walsh*
Bonner C. Walsh