# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

DAVID HARTLEY, and TIMOTHY )
DELISLE, individually and on behalf of all )
others similarly situated, )
)
      Plaintiffs, ) Case No. 4:18-cv-00267-SRB
)
v. )
)
SIG SAUER, INC., )
)
      Defendant. )

## ORDER GRANTING PLAINTIFFS' MOTION
## FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS

**WHEREAS**, Plaintiffs and Defendant executed an agreement to settle this matter, subject to Court approval;

**WHEREAS**, the Court reviewed the parties' Settlement Agreement and issued an order granting preliminary approval to it on February 18, 2020 (Doc. #59);

**WHEREAS**, Section VII, ¶ 58 of the Settlement Agreement provides that Defendant has agreed to pay, subject to Court approval, the amount of up to $850,000 to Class Counsel for their attorneys' fees and expenses;

**WHEREAS**, Section IV, ¶ 38 of the Settlement Agreement provides that Defendant has agreed to pay, subject to Court approval, service awards totaling $2,800 to Plaintiffs David Hartley and Timothy Delisle, and $1,400 to Plaintiff David Porter ($7,000 total);

**WHEREAS**, after considering Plaintiffs' motion, memorandum of law and supporting materials (including the declarations from counsel) as well as any material(s) that may be filed in opposition thereto, the Court having concluded that Plaintiffs' request for fees, expenses, and the

payment of service awards is reasonable, permissible under the applicable law, and in accordance with the Settlement Agreement.

**IT IS ORDERED AS FOLLOWS:**

1. Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards (Doc. #61) is **GRANTED**.

2. Defendant shall pay Plaintiffs' counsel $850,000 for their attorneys' fees and expenses, in accordance with the Settlement Agreement.

3. Defendant shall also make an additional payment totaling $7,000 to Plaintiffs' counsel for the service awards of the three Plaintiffs, which amounts shall then be remitted by Plaintiffs' counsel to the Plaintiffs, in accordance with the Settlement Agreement.

4. All other payments and costs shall be borne as set forth in the Settlement Agreement or as agreed to by the parties.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: June 25, 2020